UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THE NATIONAL BANK OF BLACKSBURG, | § § § | **EXHIBIT A** |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:18-cv-00310-GEC |
| EVEREST NATIONAL INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

**AGREED ORDER OF DISMISSAL**

Came on to be considered the Joint Motion to Dismiss filed by The National Bank of Blacksburg ("National Bank"), together with Everest National Insurance Company ("Everest"). The Court, having considered said motion, and being otherwise fully apprised of the circumstances in this cause, is of the opinion that said motion is well taken and should be, in all things, granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that all claims that were filed or that could have been filed herein be, and the same hereby are, dismissed with prejudice. It is further

ORDERED, ADJUDGED AND DECREED that National Bank and Everest shall each pay its own costs and attorneys' fees incurred in this lawsuit. It is finally

ORDERED, ADJUDGED AND DECREED that all other relief not expressly granted herein is hereby denied.

Signed this _____ day of _____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

<u>s/Brian S. Wheeler</u>
BRIAN S. WHEELER
VSB 74248
bwheeler@cowanperry.com
DOUGLAS W. DENSMORE
VSB 19994
ddensmore@cowanperry.com
JAMES K. COWAN, JR.
VSB 37163
jcowan@cowanperry.com
COWANPERRY PC
250 South main Street, Suite 226
Blacksburg, Virginia 24060
(540) 443-2850
(888) 755-1450 - Fax

**ATTORNEYS FOR PLAINTIFF
THE NATIONAL BANK OF
BLACKSBURG**

<u>s/Michael Keeley</u>
MICHAEL KEELEY
Texas Bar No. 11157800
michael.keeley@clarkhillstrasburger.com
*Admitted Pro Hac Vice*
JOHN R. RIDDLE
Texas Bar No. 16890200
john.riddle@clarkhillstrasburger.com
*Admitted Pro Hac Vice*
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
(214) 651-4718
(214) 659-4121 – Fax

-and-

KING F. TOWER
Virginia State Bar No. 38767
ktower@woodsrogers.com
MARK D. LOFTIS
Virginia State Bar No. 30285
loftis@woodsrogers.com
WOODS ROGERS PLC
10 South Jefferson, Suite 1400
Roanoke, Virginia 24038-4125
(504) 983-7600
(504) 983-7711 - Fax

**ATTORNEYS FOR DEFENDANT
EVEREST NATIONAL INSURANCE
COMPANY**