CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 25 2019

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

THE NATIONAL BANK OF          §
BLACKSBURG,                    §
                               §
    Plaintiff,                 §
                               §
                               §          CIVIL ACTION NO.
v.                             §          7:18-cv-00310-GEC
                               §
EVEREST NATIONAL INSURANCE     §
COMPANY,                       §
                               §
    Defendant.                 §

## AGREED ORDER OF DISMISSAL

Came on to be considered the Joint Motion to Dismiss filed by The National Bank of Blacksburg ("National Bank"), together with Everest National Insurance Company ("Everest"). The Court, having considered said motion, and being otherwise fully apprised of the circumstances in this cause, is of the opinion that said motion is well taken and should be, in all things, granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that all claims that were filed or that could have been filed herein be, and the same hereby are, dismissed with prejudice. It is further

ORDERED, ADJUDGED AND DECREED that National Bank and Everest shall each pay its own costs and attorneys' fees incurred in this lawsuit. It is finally

ORDERED, ADJUDGED AND DECREED that all other relief not expressly granted herein is hereby denied.

Signed this 25th day of March, 2019.

_____
Senior United States District Judge

**AGREED AS TO FORM AND SUBSTANCE:**

s/Brian S. Wheeler
BRIAN S. WHEELER
VSB 74248
bwheeler@cowanperry.com
DOUGLAS W. DENSMORE
VSB 19994
ddensmore@cowanperry.com
JAMES K. COWAN, JR.
VSB 37163
jcowan@cowanperry.com
COWANPERRY PC
250 South main Street, Suite 226
Blacksburg, Virginia 24060
(540) 443-2850
(888) 755-1450 - Fax

**ATTORNEYS FOR PLAINTIFF
THE NATIONAL BANK OF
BLACKSBURG**

s/Michael Keeley
MICHAEL KEELEY
Texas Bar No. 11157800
michael.keeley@clarkhillstrasburger.com
*Admitted Pro Hac Vice*
JOHN R. RIDDLE
Texas Bar No. 16890200
john.riddle@clarkhillstrasburger.com
*Admitted Pro Hac Vice*
CLARK HILL STRASBURGER
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
(214) 651-4718
(214) 659-4121 – Fax

-and-

KING F. TOWER
Virginia State Bar No. 38767
ktower@woodsrogers.com
MARK D. LOFTIS
Virginia State Bar No. 30285
loftis@woodsrogers.com
WOODS ROGERS PLC
10 South Jefferson, Suite 1400
Roanoke, Virginia 24038-4125
(504) 983-7600
(504) 983-7711 - Fax

**ATTORNEYS FOR DEFENDANT
EVEREST NATIONAL INSURANCE
COMPANY**